UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06CR96-W |
|---|---|---|
| v. | ) | |
| (7)  WILLIAM HOGAN | ) | **ORDER** |
| _____ | ) | |
| _____ | ) | |

Leave of Court is hereby granted for the dismissal of the Second Superseding Bill of Indictment in the above-captioned case (**against William Hogan only**) without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

Signed: June 19, 2007

Frank D. Whitney
United States District Judge